# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2937
_____

OTTINA I. WELBORN, as Next
Friend of ROBERT CLIFTON
YOUNG, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


March 4, 2025


PER CURIAM.

    DISMISSED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ottina I. Welborn, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.